```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 10540
    CHRISTOPHER LEWIS
    SHELLIE LEWIS                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-4248     SSN XXX-XX-3793
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/26/06 and confirmed on 11/17/06.

2. The case was converted to Chapter 7 after confirmation, 09/11/2008.

3. The Debtor paid a total of $ 2945.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | 4814.52 | .00 | 142.22 |
| TOYOTA MOTOR CREDIT CORP | SECURED | .00 | .00 | .00 |
| ACME CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL PROFESSIONAL GRO | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1889.74 | .00 | .00 |
| CLINICAL PSYCHOTHERAPY L | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 1187.20 | .00 | .00 |
| DELL PREFERRED ACCT | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 1767.58 | .00 | .00 |
| RICHARD CRAIG LLP | UNSECURED | NOT FILED | .00 | .00 |
| HEALTHSOUTH AMSURG SURGE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 572.07 | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| PRARIE EMERGENCY SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| SHOREWOOD FAMILY DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| SW ANESTHESIA CONSULTANT | UNSECURED | NOT FILED | .00 | .00 |
| TRI COUNTY ANESTHESIA AS | UNSECURED | NOT FILED | .00 | .00 |
| WILL COUNTY CIRCUIT CT C | UNSECURED | NOT FILED | .00 | .00 |
| WILL COUNTY MEDICAL ASSO | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4814.52 | .00 | 5416.59 | .00 | 10231.11 |
| PRINCIPAL PAID | 142.22 | .00 | .00 | .00 | 142.22 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                    142.22         .00         .00         .00      142.22
```
The Debtor's attorney, PATRICK A MESZAROS             , was allowed $   3000.00
and was paid $     326.00   direct and $    2674.00   through the plan.

The Trustee received $     128.78 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/17/08                        /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE